# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Belinda M. Alexander**<br>     Debtor | Case No.:   18−10655−SDB<br>Judge:   Susan D. Barrett<br>Chapter:   13 |

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

1) Notice is hereby given that a hearing to consider the **Motion for Relief from Stay** filed July 23, 2018, by **Titlemax of Georgia, Inc.** will be held on:

    September 10, 2018 , at 02:00 PM
    Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901

2) *Within seven (7) days after the date of this notice, the movant/movant's attorney is directed to serve a copy of the motion, together with a copy of this notice, on the trustee, debtor, debtor's attorney, U.S. Trustee (except in Chapter 13 cases) and on those persons specified by the Bankruptcy Rules. A certificate of service shall be filed with the Court immediately thereafter.*

                                                    *Lucinda Rauback, CLERK*
                                                    United States Bankruptcy Court
                                                    Federal Justice Center
                                                    600 James Brown Blvd
                                                    P.O. Box 1487
                                                    Augusta, GA 30903

Dated **July 30, 2018**

## ORDER

   Pursuant to 11 U.S.C. Section 362(e), the automatic stay under 11 U.S.C. §362 is hereby continued and shall remain in full force and effect pending the final ruling on the motion, unless movant files an objection to any such extension prior to service of the motion.



                                                    Susan D. Barrett
                                                    United States Bankruptcy Judge
                                                    Federal Justice Center
                                                    600 James Brown Blvd
                                                    P.O. Box 1487
                                                    Augusta, GA 30903

Dated **July 30, 2018**

*B−35 (Rev. 06/12)* **VWW**